**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DANIEL KING,                                           :    No. 126 MAL 2016
                                                       :
                        Petitioner                     :
                                                       :
                                                       :    Petition for Allowance of Appeal from
                                                       :    the Order of the Commonwealth Court
            v.                                         :
                                                       :
                                                       :
RIVERWATCH CONDOMINIUM                                 :
OWNER'S ASSOCIATION,                                   :
                                                       :
                        Respondent                     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.